WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br>William Edward Goad,               )<br>                                   )<br>            Defendant.             ) | NO. 06-7013M<br><br>O R D E R |

Following the January 17, 2006 detention hearing, the Court granted defendant's request to be interviewed for possible placement at a halfway house. The Court detained the defendant following the hearing and indicated he could be interviewed for a possible placement. The Court has now been notified that defendant has been interviewed and accepted for placement at Recovery Homes.

The Court has reviewed the information from the detention hearing and the Pretrial Services report and finds that the risks associated with Mr. Goad for flight and danger are too great for release. This decision is based on the information set forth in the Pretrial Services report, the hearing and the Court's prior order of detention. In short, the Court finds that Mr. Goad's very extensive and serious methamphetamine abuse, his numerous prior convictions for drugs and weapons offenses, his prior escape and absconder status from parole, the fact that the present charge

is alleged to have occurred while defendant was on pretrial release and his use of numerous aliases and dates of birth make the risks associated with appearance and danger too great for release to a halfway house.

**IT IS THEREFORE ORDERED** that defendant William Edward Goad remain in custody.

DATED this 26th day of January, 2006.

_Virginia A. Mathis_
Virginia A. Mathis
United States Magistrate Judge

2